# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**SEALED**

| | |
|---|---|
| United States of America<br>v.<br><br>ANTONIO CUEVAS-PEREZ<br><br>*Defendant(s)* | )<br>)<br>)<br>)  Case No.  1:18-mj-190<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 23, 2018__ in the county of __Marion__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | Convicted Felon in Posession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Luther Selby, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/01/2018

_____
*Judge's signature*

City and state: Indianapolis, Indiana

Debra McVicker Lynch, U.S. Magistrate Judge
*Printed name and title*

| | |
|---|---|
| UNITED STATES DISTRICT COURT | ) |
| | ) |
| SOUTHERN DISTRICT OF INDIANA | ) |

## AFFIDAVIT

I, Luther Selby, being duly sworn, state as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). I have been so employed since approximately October 2014.

2. As part of my duties as an ATF Special Agent, I investigate criminal violations relating to violations of the Gun Control Act of 1968, National Firearms Act of 1934, and other violations of federal firearms statutes relating to the unlawful possession and trafficking of firearms. I have received training in the history of firearms laws and regulations, firearms criminal violations, interstate controls, firearms identification and investigative call analysis, among other areas of federal criminal law. I have participated in the execution of multiple federal search warrants, including search warrants that have involved the unlawful possession and trafficking of firearms and explosives. This affidavit is made in support of a finding of probable cause and complaint charging ANTONIO CUEVAS-PEREZ, XX/XX/1985, with unlawful possession of a firearm by a person previously convicted of a felony offense, in violation of 18 U.S.C. 922(g)(1).

5. The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts. Because this affidavit is being submitted for the limited purpose of presenting probable cause, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are sufficient to establish probable cause to believe that ANTONIO CUEVAS-PEREZ violated Title 18, United States Code, Section 922(g)(1).

## APPLICABLE LEGAL PRINCIPLES

6.     Pursuant to Title 18, United States Code, Section 922(g)(1) (Prohibited Acts), it is unlawful for any person previously convicted of a felony offense to possess a firearm or ammunition. For the purposes of 18 U.S.C. § 922(g), a firearm is described as any weapon, which will, or is designed to expel a projectile by action of an explosive. *See* 18 U.S.C. § 921(a)(3).

## FACTS SUPPORTING PROBABLE CAUSE

7.     On or about February 23, 2018, Indianapolis Metropolitan Police Department (IMPD) Sergeant (Sgt.) Robert Williams observed a black Chevy Equinox bearing Indiana License Plate (LP) # LE8XXX (redacted but known to me), northbound on Ashway Dr. disregard a stop sign at Monarch Circle. Sgt. Williams then, while in his fully marked police vehicle and in full uniform, activated his emergency lights to make a traffic stop for the traffic infraction.

8.     The vehicle failed to stop by continuing north on Ashway Dr. The vehicle then turned right onto High School Rd., still refusing to stop. The vehicle then turned left to go west on West 38th St. and started to turn onto northbound I-465, but immediately swerved left to continue west on West 38th St. When the vehicle was crossing the bridge over I-465, Sgt. Williams observed the driver throw what appeared to be a black handgun over his vehicle. The handgun then hit the concrete barrier and caused sparks as it scraped against the wall, falling to the ground. Sgt. Williams then relayed this information to other officers in the area to secure the object.

9.     The vehicle then continued through the intersection of Shore Dr. on a red light and continued to Eagle Creek Parkway, doing a U-turn and heading back east on West 38th St. The vehicle then continued through the intersection of Shore Dr. on a red light and continued to High School Rd., where the vehicle then turned south on High School Rd. The vehicle then continued

south on High School Rd. and later turned left to head east on West 34th St. The vehicle continued east on West 34th St. to Moller Rd., where the vehicle then stopped.

10. The driver, later identified as ANTONIO CUEVAS-PEREZ, was taken into custody. A subsequent search of the vehicle found possible crystal methamphetamine on the driver's seat and around the driver's floor area.

11. The IMPD gun liaison, Officer Craig Solomon, was able to recover a firearm (Taurus pistol, model PT809C, caliber 9mm, serial number TGR85021) at the location originally given by Sgt. Williams on the 38th St. bridge over I-465, more specifically described as the 6500 block of West 38th St.

12. Officer Solomon noted that the firearm appeared to have fresh-looking scuffmarks on it. Officer Solomon also noted the hammer of the firearm appeared to be cocked. Officer Solomon rendered the firearm safe by removing the magazine and ejecting a live 9mm round from the chamber, locking the slide to the rear. A total of approximately 18 live, 9mm rounds were recovered from the firearm.

13. The above-described incident occurred in the Southern District of Indiana, Indianapolis Division.

14. Following ANTONIO CUEVAS-PEREZ's arrest, I received and reviewed copies of CUEVAS-PEREZ's criminal history and concluded that CUEVAS-PEREZ has prior convictions for crimes punishable by more than one year imprisonment. Specifically, CUEVAS-PEREZ was convicted of Possession of Methamphetamine (Level 6-Felony) in Hendricks County, IN, on or about June 26, 2017. CUEVAS-PEREZ was also convicted of a Narcotic Drug (Level 6-Felony) in Marion County, IN, on or about August 9, 2017. CUEVAS-PEREZ was also

convicted of Resisting Law Enforcement (Level 6-Felony) in Marion County, IN, on or about April 2, 2015.

15. Based on my training, experience, and research, the firearm described above (i.e., the Taurus pistol, model PT809C, caliber 9mm, serial number TGR85021) was not manufactured in the State of Indiana and therefore had to have traveled in interstate commerce prior to February of 2018, and will, or is designed to, expel a projectile by action of an explosive.

## CONCLUSION

16. Based on the above information set forth in this affidavit, I respectfully submit that there is probable cause to believe that ANTONIO CUEVAS-PEREZ violated Title 18, United States Code, Section 922(g)(1). I therefore respectfully request that this Court issue a complaint charging him with the same.

Luther Selby
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn
before me this ___1st day of March, 2018.

Honorable Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana